ENTER/JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| THOMAS JOSEPH CONNORS, | ) | Case No. SACV 08-0843-VAP (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: <u>August 26, 2008</u>

_____
Virginia A. Phillips
United States District Judge